PAULDING
*vs.*
BARKER.

PAULDING *vs.* BARKER.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE
BUCHANAN PRESIDING.

There was no ground on which to expect relief on an appeal, and the
judgment was affirmed with ten per cent. damages.

This is a suit against the defendant as maker of a promissory note. He obtained an injunction on the ground of payments made, and propounded interrogatories to the plaintiff. The latter answered, that seventy dollars had been overpaid on a previous instalment by the defendant. The district judge perpetuated the injunction as to this sum, and dissolved it for the remainder of the plaintiff's claim. The defendant appealed.

*Larue* and *Preston*, for the plaintiff.

*Barker*, in *propriâ personâ.*

*Bullard, J.,* delivered the opinion of the court.

The defendant is appellant from a judgment dissolving his injunction as to a part of the plaintiff's demand, and rendering it perpetual as to a small portion. His only witness was his adversary, whose disclosures, on oath, guided the court in its decision. No attempt was made to show that the appellant was entitled to a larger credit than had been allowed, and we do not perceive on what ground the appellant could have expected any relief from this court.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs, and ten per cent. damages.